United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
-------------------------------------------------------x
                                                       :
In re                                                  :       Chapter 11
                                                       :
FIRST BRANDS GROUP, LLC, et al.,¹                      :        Case No. 25-90399 (CML)
                                                       :
        Debtors.                                       :       (Jointly Administered)
                                                       :
                                                       :
-------------------------------------------------------x
                                                       :
FIRST BRANDS GROUP, LLC, et al.,                       :
                                                       :
        Plaintiffs,                                    :       Adv. Pro. No. 26-03005 (CML)
                                                       :
v.                                                     :
                                                       :
ONSET FINANCIAL, INC., et al.,                         :
                                                       :
        Defendants.                                    :
                                                       :
```

**ORDER EXTENDING STAY OF ADVERSARY CASE DEADLINES AND DISCOVERY**

Upon the Motion, dated May 21, 2026, of First Brands Group, LLC and certain of its debtor affiliates (the "**Debtors**"), for entry of an order extending the stay of this adversary proceeding; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon

---

[1]   A complete list of the debtors in these chapter 11 cases may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

any hearing held on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.   This adversary proceeding is stayed until the resolution of the appeal on the order staying discovery in the Patrick James Adversary Proceeding.

2.   The parties will meet and confer to submit a joint proposed amended case schedule within seven (7) days after the expiration of the stay.

3.   Modifications to case deadlines may only be made by further order of this Court.

4.   The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.   The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:  June 15, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

2