**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

------------------------------------------------------------ x
                                               :

In re:                                 :    Chapter 11

FIRST BRANDS GROUP, LLC, *et al.*,[1]   :    Case No. 25-90399 (CML)

         Debtors.          :    (Jointly Administered)

------------------------------------------------------- x
                                               :

FIRST BRANDS GROUP, LLC, *et al.*,   :

         Plaintiffs,       :    Adversary Pro. No. 26-03005 (CML)
v.                               :

ONSET FINANCIAL, INC., *et al.*,    :

         Defendants.      :

--------------------------------------------------------- :

**AFFIDAVIT OF SERVICE**

      I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

      On June 10, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Reply in Support of the Debtors' Motion to Extend the Stay of Adversary Case Deadlines and Discovery [Docket No. 135]

*[Remainder of page intentionally left blank]*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: June 15, 2026

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 15, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 96841

**Exhibit A**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| KRA_04 | Asilia Credit Investments LLC | c/o Jonathan Gardner | 423 W 300 S, Suite 230 | Salt Lake City | UT | 84101 |
| KRA_10 | Coral Dunes LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |
| KRA_21 | Name on File | Address on File | | | | |
| KRA_22 | Name on File | Address on File | | | | |
| KRA_23 | Name on File | Address on File | | | | |
| KRA_08 | Holt Investments 201 LLC | c/o Dale P. Holt | 423 W Broadway, Suite 220 | Salt Lake City | UT | 84101 |
| KRA_07 | JA Gardner Holdings, LLC | c/o Jonathan Gardner | 2194 Blaine Ave. | Salt Lake City | UT | 84108 |
| KRA_03 | JCMC Investment Group, LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |
| KRA_20 | Name on File | Address on File | | | | |
| KRA_18 | Name on File | Address on File | | | | |
| KRA_19 | Name on File | Address on File | | | | |
| KRA_06 | Joshua Tree Holdings, LLC | c/o Scott Miller | 3817 N Sherwood Dr. | Provo | UT | 84604 |
| KRA_16 | Name on File | Address on File | | | | |
| KRA_17 | Name on File | Address on File | | | | |
| KRA_05 | Nielsen Investments, LLC | c/o Scott Finlinson | 274 W 12300 S | Draper | UT | 84020 |
| KRA_01 | Onset Financial Inc. | c/o Scott Finlinson | 274 W 12300 S | Draper | UT | 84020 |
| KRA_02 | Optimus Private Capital LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |
| KRA_15 | Name on File | Address on File | | | | |
| KRA_14 | Name on File | Address on File | | | | |
| KRA_11 | Seddie LLC | c/o Beck Accounting PSC Inc. | 212 E Crossroads Blvd, #143 | Saratoga Springs | UT | 84045 |
| KRA_12 | Name on File | Address on File | | | | |
| KRA_13 | Name on File | Address on File | | | | |
| KRA_09 | Yuma III LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |