United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

-------------------------------------------------------x--------------------------------------------------------
                        :

**In re**                  :       **Chapter 11**
                        :

**FIRST BRANDS GROUP, LLC,** *et al.*,[1]  :      **Case No. 25-90399 (CML)**
                        :

       **Debtors.**         :       **(Jointly Administered)**
                        :
                        :

-------------------------------------------------------x--------------------------------------------------------
                        :

**FIRST BRANDS GROUP, LLC,** *et al.*,  :
                        :

       **Plaintiffs,**       :      **Adv. Pro. No. 26-03005 (CML)**
                        :

**v.**                     :
                        :

**ONSET FINANCIAL, INC.,** *et al.*,   :
                        :

       **Defendants.**     :

**ORDER EXTENDING STAY OF ADVERSARY CASE DEADLINES AND DISCOVERY**

Upon the Motion, dated May 21, 2026, of First Brands Group, LLC and certain of its debtor affiliates (the "**Debtors**"), for entry of an order extending the stay of this adversary proceeding; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon

---

[1]    A complete list of the debtors in these chapter 11 cases may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

any hearing held on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. This adversary proceeding is stayed until the resolution of the appeal on the order staying discovery in the Patrick James Adversary Proceeding.

2. The parties will meet and confer to submit a joint proposed amended case schedule within seven (7) days after the expiration of the stay.

3. Modifications to case deadlines may only be made by further order of this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: June 15, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

2

United States Bankruptcy Court

Southern District of Texas

First Brands Group, LLC,

     Plaintiff

Onset Financial, Inc.,

     Defendant

Adv. Proc. No. 26-03005-cml

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Jun 15, 2026 | Form ID: pdf111 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Asilia Credit Investments, LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| 3pd | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| 3pd | + | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dft | + | Coral Dunes LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| dft | + | Dale P. Holt, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| cd | + | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| 3pd | + | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| 3pd | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dft | + | Edward James, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6605 |
| 3pd | + | Evolution Credit Opportunity Master Fund II-B, L.P, Pryor Cashman LLP, Ronald Beacher, Esq., 7 Times Square, New York, NY 10036-6569 |
| cd | + | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| 3pd | + | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| pla | + | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| 3pd | + | GLAS Trust Company LLC, 230 Park Ave., 10th Floor, New York, NY 10169-1001 |
| dft | + | Holt Investments 201 LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| cd | + | Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dft | + | JA Gardner Holdings, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| dft | + | JCMC Investment Group LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| 3pd | + | Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dft | + | John Does 1-10, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| dft | + | Jonathan Gardner, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| dft | + | Joshua Tree Holdings, LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| dft | + | Justin Nielsen, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| dft | + | Nielsen Investments, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| 3pp | + | Onset Financial, Inc., Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6605 |
| dft | + | Optimus Private Capital LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| dft | + | Scott Miller, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |

District/off: 0541-4 | User: ADIuser | Page 2 of 4
Date Rcvd: Jun 15, 2026 | Form ID: pdf111 | Total Noticed: 50

| | | |
|---|---|---|
| dft | + | Seddie LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| 3pd | + | Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dft | + | Todd Pedersen, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |
| cd | + | Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cd | + | Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dft | + | Yuma III LLC, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6659 UNITED STATES 75201-6605 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 3pd | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 15 2026 20:20:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cd + | Email/Text: msprouse@sprousepllc.com | Jun 15 2026 20:21:00 | FRAM Group Operations LLC, c/o Sprouse Law Firm, 901 Mopac Expwy South, Bldg 1, Ste 300, Austin, TX 78746-5883 |
| inv + | Email/Text: usatxs.bankruptcy@usdoj.gov | Jun 15 2026 20:20:08 | United States Of America, United States Attorney's Office, 1000 Louisiana, Suite 2300, Houston, TX 77002, UNITED STATES OF AMERICA 77002-5010 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3pd | | ABC Corporation(s) 1100 |
| 3pd | | Aequum Capital Financial II LLC |
| 3pd | | Airtex Products, S.A. |
| 3pd | | Albion Realty, LLC |
| 3pd | | Alester Technologies LLC |
| dft | | Aviation, LLC |
| 3pd | | BPI Brake Manufacturing Jurez, S.A. de C.V. |
| 3pd | | BPI Brake System (Qingdao) Co., Ltd. |
| 3pd | | Battery Park Holdings LLC |
| 3pd | | Bowery Finance II, LLC |
| cd | | Brake Parts Inc LLC |
| 3pd | | Brake Parts India Private Limited |
| 3pd | | Cardone de Mxico, S. de R.L. de C.V. |
| 3pd | | Cequent Electrical Products de Mxico, S. de R.L. d |
| cd | | First Brands Group, LLC |
| 3pd | | Fram Group Operations Mexicali, S.A. de C.V. |
| 3pd | | Fram Group Operations Mexico City, S.A. de C.V. |
| 3pd | | GLAS USA LLC |
| 3pd | | Hopkins Manufacturing de Mxico S. de R.L. de C.V. |
| 3pd | | Jefferies Finance LLC |
| 3pd | | John and Jane Doe(s) 1100 |
| cd | | LCEagle Casting, LLC |
| 3pd | | Larchmont, LLC |
| 3pd | | Longkou Haimeng Machinery Co., Ltd. |
| 3pd | | Michael Baker |
| 3pd | | Patrick James |
| 3pd | | Patrick James Trust |
| 3pd | | Pegasus Aviation, LLC |
| 3pd | | Peter Andrew Brumbergs |
| 3pd | | Peterson American Corporation |
| 3pd | | Sagard Holdings Manager (US) LLC |

| | | |
|---|---|---|
| 3pd | | Shekhar Kumar |
| 3pd | | Stephen Graham |
| 3pd | | Subensambles Internacionales, S. de R.L. de C.V. |
| 3pd | | Talleres Mecnicos Montserrat, S.A. de C.V. |
| 3pd | | Trico Belgium |
| 3pd | | Trico Componentes, S.A. de C.V. |
| 3pd | | Trico Italy S.R.L. |
| 3pd | | Trico Wipers Ploiesti S.R.L. |
| 3pd | | Tridonex, S. de R.L. de C.V. |
| 3pd | | UMB Bank, N.A. |
| 3pd | | Ultinon Motion Germany GmbH (f/k/a Lumileds German |
| 3pd | | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cd | | Walbro LLC, |
| 3pd | | Walbro Los Mochis, S. de R.L. de C.V. |
| 3pd | | Warsaw Manufacturing Facility |
| 3pd | | Westfalia-Automotive GmbH |
| 3pd | | Witter Brasov S.R.L. |
| crd | *+ | Edward James, Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6605 |
| dft | *+ | Onset Financial, Inc., Munsch Hardt Kopf & Harr, PC, 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6605 |

TOTAL: 48 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Clifford William Carlson

on behalf of Plaintiff First Brands Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Deborah Michelle Perry

on behalf of Defendant Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Justin Nielsen dperry@munsch.com  CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Nielsen Investments dperry@munsch.com  CourtMail@munsch.com

Deborah Michelle Perry

on behalf of 3rd Party Plaintiff Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Gabriel Adam Morgan

on behalf of Plaintiff First Brands Group  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com

John David Cornwell

on behalf of Defendant Holt Investments 201 LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Yuma III LLC jcornwell@munsch.com

District/off: 0541-4                                    User: ADIuser                                         Page 4 of 4
Date Rcvd: Jun 15, 2026                              Form ID: pdf111                                     Total Noticed: 50

hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Todd Pedersen jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Dale P. Holt jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Coral Dunes LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant JA Gardner Holdings jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Scott Miller jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Asilia Credit Investments  LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Joshua Tree Holdings  LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Seddie LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Jonathan Gardner jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

Justin M. Ellis

on behalf of 3rd Pty Defendant Shekhar Kumar jellis@mololamken.com

Mark E. Dendinger

on behalf of Defendant Optimus Private Capital LLC mark.dendinger@ashurst.com  mary.kearney@bracewell.com

Mark E. Dendinger

on behalf of Defendant JCMC Investment Group LLC mark.dendinger@ashurst.com  mary.kearney@bracewell.com

Mark Robert Wulfe

on behalf of Defendant Optimus Private Capital LLC mark.wulfe@bracewell.com  mary.kearney@bracewell.com

Mark Robert Wulfe

on behalf of Defendant JCMC Investment Group LLC mark.wulfe@bracewell.com  mary.kearney@bracewell.com

Mark Robert Wulfe

on behalf of Defendant Edward James mark.wulfe@bracewell.com  mary.kearney@bracewell.com

Paul B Moore

on behalf of Intervenor United States Of America paul.moore@usdoj.gov
nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Rachel B. Goldman

on behalf of Defendant JCMC Investment Group LLC rachel.goldman@bracewell.com  mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Defendant Edward James rachel.goldman@bracewell.com  mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Defendant Optimus Private Capital LLC rachel.goldman@bracewell.com  mary.kearney@bracewell.com

Seth Brandon Shapiro

on behalf of Intervenor United States Of America seth.shapiro@usdoj.gov

Thomas A Howley

on behalf of 3rd Pty Defendant GLAS USA LLC tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of 3rd Pty Defendant WILMINGTON SAVINGS FUND SOCIETY  FSB tom@howley-law.com,
roland@howley-law.com;eric@howley-law.com

TOTAL: 30