**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

-----------------------------------------------------------x-------------------------------------------------
                        :

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,**[1] | **Case No. 25-90399 (CML)** |
| **Debtors.** | **(Jointly Administered)** |

-----------------------------------------------------------x-------------------------------------------------

| | |
|---|---|
| **FIRST BRANDS GROUP, LLC, *et al.*,** | |
| **Plaintiffs,** | **Adv. Pro. No. 26-03005 (CML)** |
| **v.** | |
| **ONSET FINANCIAL, INC., *et al.*,** | |
| **Defendants.** | |

**STATEMENT REGARDING THE ORDER EXTENDING**
**THE STAY OF ADVERSARY CASE DEADLINES AND DISCOVERY**

1. First Brands Group, LLC and certain of its debtor affiliates (the "**Debtors**"), as debtors and debtors in possession in the above-captioned chapter 11 cases, and plaintiffs (and counter-claim defendants) in the above-captioned adversary proceeding (the "**Adversary Proceeding**"), file this statement regarding the *Order Extending Stay of Adversary Case Deadlines and Discovery* (ECF No. 136).

2. On May 21, 2026, the Debtors filed the *Motion to Extend the Stay of Adversary Case Deadlines and Discovery* (ECF No. 125) (the "**Motion to Extend the Stay**"). The Motion

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

to Extend the Stay sought an extension of the stay of all case deadlines in the Adversary Proceeding until *either* resolution of the appeal of the Court's *Order Granting the United States of America's Amended Motion to Intervene and Stay Discovery and Staying all Discovery Pending Resolution of the Parallel Criminal Case* (the "**Stay Appeal**") in the adversary proceeding captioned *First Brands Group, LLC v. James*, Adv. Pro. No. 25-03803 (the "**Patrick James Adversary Proceeding**"), or, *in the alternative*, pending resolution of the criminal case captioned *United States v. Patrick James and Edward James*, 26 Cr. 29 (AT) (S.D.N.Y) (the "**Criminal Proceeding**").  The Debtors proposed order attached to the Motion to Extend the Stay ordered a stay of all case deadlines until resolution of the Stay Appeal.

3.      Onset Financial, Inc., Jonathan Gardner, Scott Miller, Dale Holt, Todd Pedersen, Asilia Credit Investments, LLC, Joshua Tree Holdings, LLC, JA Gardner Holdings, Holt Investments 201 LLC, Seddie LLC, Yuma III, Coral Dunes, LLC, and Michael Baker filed a competing *[Proposed] Joint Case Schedule* (ECF No. 132) ("**Onset Scheduling Order**"), which proposed a case schedule in opposition to the Debtors' proposed stay of the Adversary Proceeding.

4.      Pending full briefing on the Motion to Extend the Stay, the district court for the Southern District of Texas denied the Stay Appeal.  Given this resolution, the Debtors' *Reply in Support of the Motion to Extend the Stay* (ECF No. 135) (the "**Reply**") provided a revised proposed order that stayed all case deadlines until resolution of the Criminal Proceeding.

5.      On June 15, 2026, the Court entered the initial *Order Extending Stay of Adversary Case Deadlines and Discovery* (ECF No. 136), extending the stay of all case deadlines the Adversary Proceeding "until resolution of the appeal on the order staying discovery in the Patrick James Adversary Proceeding."  However, given that the appeal had already been resolved prior to the Court's order, a new order is necessary to accurately reflect the procedural posture of these

cases.  The Onset Scheduling Order filed at Docket No. 135 would set deadlines for responsive pleadings and Rule 12 motions while maintaining the stay of discovery pending resolution of the Criminal Proceeding.

6. The Debtors' proposed order, originally attached to the Debtors' Reply and reattached here as **Exhibit A** (the "**Proposed Onset Stay Order**"), would stay this Adversary Proceeding until the resolution of the Criminal Proceeding for the reasons stated in the Reply. Accordingly, the Debtors respectfully request entry of the attached Proposed Onset Stay Order.

Respectfully submitted on the 26th day of June, 2026.

Houston, Texas

 /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:  gabriel.morgan@weil.com
        clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Robert S. Berezin (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:  matt.barr@weil.com
        sunny.singh@weil.com
        robert.berezin@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

4

## CERTIFICATE OF SERVICE

I, Clifford W. Carlson, certify that on June 26, 2026, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF system on all parties entitled to notice, and was served by electronic mail on Defendants' counsel.

/s/ *Clifford W. Carlson*
Clifford W. Carlson