**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
FIRST BRANDS GROUP, LLC, et al.,¹                            :   Case No. 25-90399 (CML)
                                                             :
             Debtors.                                        :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x
                                                             :
FIRST BRANDS GROUP, LLC, et al.,                             :
                                                             :
             Plaintiffs,                                     :   Adversary Pro. No. 26-03005 (CML)
v.                                                           :
                                                             :
ONSET FINANCIAL, INC., et al.,                               :
                                                             :
             Defendants.                                     :
                                                             :
------------------------------------------------------------ :
```

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Statement Regarding the Order Extending the Stay of Adversary Case Deadlines and Discovery [Docket No. 139]

*[Remainder of page intentionally left blank]*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: July 7, 2026

/s/ Nelson Crespin
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 7, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 97161

**Exhibit A**

Exhibit A

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 31321247 | Asilia Credit Investments LLC | c/o Jonathan Gardner | 423 W 300 S, Suite 230 | Salt Lake City | UT | 84101 |
| 31321235 | Coral Dunes LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |
| 31321252 | Name on File | Address on File | | | | |
| 31321253 | Name on File | Address on File | | | | |
| 31321249 | Name on File | Address on File | | | | |
| 31321248 | Holt Investments 201 LLC | c/o Dale P. Holt | 423 W Broadway, Suite 220 | Salt Lake City | UT | 84101 |
| 31321257 | Name on File | Address on File | | | | |
| 31321250 | Name on File | Address on File | | | | |
| 31321251 | JA Gardner Holdings, LLC | c/o Jonathan Gardner | 2194 Blaine Ave. | Salt Lake City | UT | 84108 |
| 31321254 | Joshua Tree Holdings, LLC | c/o Scott Miller | 3817 N Sherwood Dr. | Provo | UT | 84604 |
| 31321255 | Name on File | Address on File | | | | |
| 31321246 | Name on File | Address on File | | | | |
| 31321240 | Nielsen Investments, LLC | c/o Scott Finlinson | 274 W 12300 S | Draper | UT | 84020 |
| 31321256 | Name on File | Address on File | | | | |
| 31321242 | Name on File | Address on File | | | | |
| 31321241 | Onset Financial Inc. | c/o Scott Finlinson | 274 W 12300 S | Draper | UT | 84020 |
| 31321245 | Name on File | Address on File | | | | |
| 31321244 | Name on File | Address on File | | | | |
| 31321243 | Seddie LLC | c/o Beck Accounting PSC Inc. | 212 E Crossroads Blvd, #143 | Saratoga Springs | UT | 84045 |
| 31321238 | Yuma III LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |

**Exhibit B**

## Exhibit B

| ADRID | NAME | ATTN NAME | EMAIL |
|---|---|---|---|
| KRAID_0001 | Brown Rudnick LLP | Attn: Robert J. Stark, Jeffrey L. Jonas, Michael S. Winograd, Bennett S. Silverberg, Kenneth J. Aulet, Andrew M. Carty, Elizabeth C. Castano | rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>acarty@brownrudnick.com<br>ecastano@brownrudnick.com |
| KRAID_0002 | Brown Rudnick LLP | Attn: Tristan G. Axelrod, Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| KRAID_0003 | Cole Schotz P.C. | Attn: Seth Van Aalten, Justin R. Alberto, Ian R. Phillips, Justin Alberto | svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br>iphillips@coleschotz.com<br>jalberto@coleschotz.com |
| KRAID_0004 | Office of the United States Trustee | Attn: Jayson B. Ruff | jayson.b.ruff@usdoj.gov |
| KRAID_0005 | Proskaur Rose LLP | Attn: Vincent Indelicato, Matthew R. Koch | vindelicato@proskauer.com<br>mkoch@proskauer.com |
| KRAID_0006 | Proskaur Rose LLP | Attn: Charles A. Dale | cdale@proskauer.com |