# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP LLC, *et al.*, | § | CASE NO. 25-90399 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

| | | |
|---|---|---|
| FIRST BRANDS GROUP LLC *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Adversary Proc. No. 26-03005 (CML) |
| ONSET FINANCIAL, INC., EDWARD JAMES, JUSTIN NIELSEN, SCOTT MILLER, JONATHAN GARDNER, DALE P. HOLT, TODD PEDERSEN, JOHN DOES 1-10, OPTIMUS PRIVATE CAPITALM JCMC INVESTMENTS GROUP, ASILIA CREDIT INVESTMENTS LLC, NIELSEN INVESTMENTS, JOSHUA TREE HOLDINGS, JA GARDNER HOLDINGS, HOLT INVESTMETNS 201 LLC, YUMA III LLC, CORAL DUNES LLC, and SEDDIE LLC | § | |
| | § | |
| Defendants. | § | |

## UNITED STATES OF AMERICA'S STATUS REPORT
## REGARDING PARALLEL CRIMINAL CASE AND DISCOVERY STAY

Pursuant to the Court's Order dated May 22, 2026, ECF Dkt. No. 127 ("Order"), the

United States of America (the "Government" or the "United States") respectfully submits this

---

[1]     A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

status report regarding the parallel criminal case, *United States* v. *Patrick James & Edward James*, 26 Cr. 29 (AT) (S.D.N.Y.) ("Criminal Case"), and would respectfully show as follows:

## BACKGROUND AND PROCEDURAL UPDATE

1.      On January 27, 2026, a grand jury sitting in the United States District Court for the Southern District of New York returned a nine-count indictment (the "Indictment" or "Ind."). As set forth in detail in the United States of America's Amended Motion to Intervene and Stay Discovery and Supporting Memorandum of Law, ECF Dkt. No. 77 ("Amended Stay Motion"), the Indictment charges Patrick James with organizing, managing, and supervising a continuing financial crimes enterprise, in violation of Title 18, United States Code, Sections 225 and 2 (Count One). The Indictment further charges both Patrick James and Edward James—Patrick's brother and a former senior executive of First Brands—with multiple additional counts of violations of Title 18 of the U.S. Code. *See* Amended Stay Motion at pp. 4-6. In addition, two former First Brands executives, VP of Finance Peter Andrew Brumbergs and CFO Stephen Graham, pled guilty on January 27, 2026 and March 2, 2026, respectively, and agreed to cooperate with the Government, including by offering testimony when requested.[2] *See United States v. Brumbergs et al.*, No. 26 Cr. 25 (AT) (S.D.N.Y.). The Criminal Case against Patrick James and Edward James is assigned to Judge Analisa Torres of the Southern District of New York.

---

[2]      At sentencing in the criminal cases, Judge Torres may consider against Graham and Brumbergs any statements or admissions they are compelled to make in this proceeding. The sentencing hearings for Brumbergs and Graham will occur after the criminal case against Patrick James and Edward James has concluded.

2.      On January 9, 2026, the Debtors initiated an adversary proceeding against Edward James and various entities (the "Edward James Adversary Proceeding"). *See* ECF Dkt. No. 1.   Like the Indictment, the complaint in the Edward James Adversary Proceeding, ECF Dkt. No. 1 ("AP Complaint") alleges (among other things), that Edward James, with the assistance of Patrick James, defrauded First Brands by causing First Brands to incur billions of dollars of "off-balance sheet" debt, through multiple sale-leaseback transactions. *See* Amended Stay Motion at pp. 6-8.

3.      On March 23, 2026, the United States filed the Amended Stay Motion.    There were no oppositions filed in response to the Amended Stay Motion in this adversary proceeding.   The Court subsequently entered the Order, which granted the Amended Stay Motion and stayed all discovery pending the resolution of the Criminal Case.

4.      At the request of Patrick James, Judge Torres rescheduled the trial date in the Criminal Case from July 13, 2026, to February 9, 2027.   On May 1, 2026, Patrick James and his related entities filed a Notice of Appeal (ECF Dkt. No. 184 in AP No. 25-03803), and alternative motion for leave to appeal (ECF Dkt. No. 186 in AP No. 25-03803) the Court's Order (together the "Appeal") in the Patrick James Adversary Proceeding, AP No. 25-03803. On May 29, 2026, the District Court dismissed the Appeal for lack of jurisdiction. *See* Memorandum and Opinion, ECF Dkt. No. 196 in AP No. 25-03803 ("Opinion"), dated May 29, 2026.   Among other reasons for dismissing the Appeal, the District Court explained as follows:

> This appeal is based on a stay entered in April 2026. (Docket Entry No. 1-1 at 8).   **Trial is set for February 2027**. (*See* Docket Entry No. 4 at 3). Even if discovery productions continue in the criminal case, (*see id.*), there is a clear "possibility,"

if not probability, that it will conclude "**in less than eighteen months**." *Hines*, 531 F.2d at 732; see also U.S. CONST. amend. VI (guaranteeing criminal defendants "the right to a speedy and public trial"). … The appellants are not "effectively out of court."

Opinion at pp 3-4, (emphasis added).

## STATUS REPORT

5.      Judge Torres has set the trial in the Criminal Case to begin on February 9, 2027. The United States intends to proceed with trial on February 9, 2027, and there have been no discussions or suggestions of an adjournment from the defense.  The reasons supporting a stay of discovery in this Adversary Proceeding continue to apply and will remain in effect until the conclusion of the trial in the Criminal Case. *See* Amended Stay Motion, incorporated by reference herein in its entirety.   Nor does the adjournment of the trial setting in the Criminal Case from July 13, 2026 to February 9, 2027, extend the stay in a manner that adversely impacts the Defendants' rights. *See* Opinion at pp. 3-4.

6.      Accordingly, no modification of the stay is warranted at this time.

Dated: July 13, 2026

Respectfully submitted,

AARON F. REITZ
United States Attorney

By: _/s/ Paul B. Moore_
Paul B. Moore
Assistant United States Attorney
Attorney-in-Charge
Texas Bar No. 24032755
Southern District No. 802542

1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9779
Fax: (713) 718-3300
E-mail: Paul.Moore@usdoj.gov

ATTORNEYS FOR THE
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on July 13, 2026, by the Court's ECF system or other electronic means on the service list therein.

_/s/ Paul B. Moore_
Paul B. Moore
Assistant United States Attorney