IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| FIRST BRANDS GROUP, LLC., *et al.*,[1] | § Case No. 25-90399 (CML) |
| | § |
| Debtors. | § (Jointly Administered) |
| | § |
| | § |
| FIRST BRANDS GROUP, LLC, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| ONSET FINANCIAL, INC., EDWARD JAMES, | § Adv. Pro. No. 26-03005 (CML) |
| JCMC INVESTMENT GROUP LLC, OPTIMUS | § |
| PRIVATE CAPITAL LLC, ASILIA CREDIT | § |
| INVESTMENTS, LLC, JUSTIN NIELSEN, | § |
| NIELSEN INVESTMENTS, SCOTT MILLER, | § |
| JOSHUA TREE HOLDINGS, LLC, JONATHAN | § |
| GARDNER, JA GARDNER HOLDINGS, DALE | § |
| P. HOLT, HOLT INVESTMENTS 201 LLC, | § |
| TODD PEDERSEN, YUMA III LLC, CORAL | § |
| DUNES LLC, SEDDIE LLC, JOHN DOES 1-10, | § |
| | § |
| Defendants. | § |
| | § |

**STATUS REPORT OF DEFENDANTS EDWARD JAMES, JCMC INVESTMENT
GROUP, LLC, AND OPTIMUS PRIVATE CAPITAL LLC**

Defendants Edward James ("Mr. James"), JCMC Investment Group, LLC ("JCMC"), and

Optimus Private Capital LLC ("OPC") file this status report pursuant to the Court's Order dated

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

May 22, 2026, staying all discovery in this case pending the resolution of the parallel criminal case.

Trial in the criminal case is set for February 9, 2027.  *See United States v. Patrick James & Edward James*, 26 Cr. 29 (AT), Dkt. No. 59 (S.D.N.Y. May 8, 2026).  Mr. James, JCMC, and OPC respectfully submit that no modification of the stay of discovery in this case is warranted.

Dated: July 13, 2026

**BRACEWELL LLP**

*/s/ Rachel Goldman*
Rachel Goldman (*admitted pro hac vice*)
David A. Shargel (admitted pro hac vice)
Mark Wulfe (TX Bar No. 24088681)
31 W. 52nd Street, Ste 1900
New York, NY 10019
Telephone: (212) 508-6199
Facsimile: (800) 404-3970
rachel.goldman@bracewell.com
david.shargel@bracewell.com
mark.dendinger@bracewell.com
mark.wulfe@bracewell.com

*Attorneys for Edward James, JCMC Investment Group, LLC, and Optimus Private Capital LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on July 13, 2026.

*/s/ Mark Wulfe*
Mark Wulfe
