**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors.[1] | (Jointly Administered) |
| | |
| FIRST BRANDS GROUP, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 26-03005 (CML) |
| ONSET FINANCIAL, INC., EDWARD JAMES, JUSTIN NIELSEN, SCOTT MILLER, JONATHAN GARDNER, DALE P. HOLT, TODD PEDERSEN, JOHN DOES 1-10, OPTIMUS PRIVATE CAPITALM JCMC INVESTMENTS GROUP, ASILIA CREDIT INVESTMENTS LLC, NIELSEN INVESTMENTS, JOSHUA TREE HOLDINGS, JA GARDNER HOLDINGS, HOLT INVESTMETNS 201 LLC, YUMA III LLC, CORAL DUNES LLC, and SEDDIE LLC, | |
| Defendants. | |

**PATRICK JAMES AND THE RELATED ENTITIES' STATUS UPDATE SUBMITTED
PURSUANT TO ORDER DATED MAY 22, 2026 [ECF NO. 127]**

---

[1]   A complete list of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Pursuant to this Court's May 22, 2026 order (Dkt. No. 127) which "directed [the parties] to file as to the status of the parallel criminal case no later than July 13, 2026, and advise whether any modification of this stay is warranted," Defendants Patrick James and the so-called "**Related Entities**," The Patrick James Trust, Albion Realty, LLC, Alester Technologies LLC, Battery Park Holdings LLC, Larchmont LLC, Pegasus Aviation, LLC, and Bowery Finance II, LLC (together with Patrick James, the "**James Defendants**") respectfully state as follows:

1.      On January 9, 2026, the Debtors initiated the instant adversary proceeding against Edward James and various entities.  Dkt No. 1.  On February 19, 2026, Mr. James and the Related Entities were joined to this action as third-party defendants in Onset Financial, Inc.'s Third-Party Complaint.  Dkt. No. 16.  Just over a month later, on March 24, 2026, this Court stayed the case, and it has remained stayed since.  *See* Dkt. Nos. 78, 127, 136.

2.      The ongoing criminal proceeding in the Southern District of New York captioned *United States v. Patrick James and Edward James*, 26 Cr. 29 (AT), is currently scheduled to begin trial on February 9, 2027.  *See* Case No. 1:26-cr-00029-AT, Dkt. No. 59 (Order).

3.      At this time, the James Defendants do not oppose a continuation of the stay in this action.

Date:   July 13, 2026
        Houston, Texas

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Cameron M. Kelly*

Cameron Kelly
TX SBN: 24120936
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
cameronkelly@quinnemanuel.com

James C. Tecce*
Scott Hartman*
Anil Makhijani*
Reece Pelley*
Mengzhou "Melissa" Fu*
Jack Robbins*
Grace Sullivan*
295 5th Avenue
New York, NY  10016
Telephone: (212) 849-7000

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica S. Weisgerber*
Matthew J. Sorensen*
66 Hudson Boulevard
New York, NY  10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com
mjsorensen@debevoise.com
*admitted *pro hac vice*

*Attorneys for Patrick James and the Related Entities*

## **CERTIFICATE OF SERVICE**

I, Cameron Kelly, hereby certify that on the 13th day of July 2026, a copy of the attached Status Update was served via the Clerk of the Court via ECF to the parties registered to receive service.

By:   */s/ Cameron M. Kelly*
Cameron Kelly