**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

-------------------------------------------------------------x--------------------------------------------------

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **FIRST BRANDS GROUP, LLC, *et al.*,**[1] | : | **Case No. 25-90399 (CML)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |

-------------------------------------------------------------x--------------------------------------------------

|  |  |  |
|---|---|---|
| | : | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | : | |
| | : | |
| **Plaintiffs,** | : | **Adv. Pro. No. 26-03005 (CML)** |
| | : | |
| **v.** | : | |
| | : | |
| **ONSET FINANCIAL, INC., *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**STATEMENT OF THE DEBTORS REGARDING STATUS OF CRIMINAL
PROCEEDING AND THE CONTINUED STAY IN THIS ADVERSARY PROCEEDING**

1.      First Brands Group, LLC and its debtor affiliates (the "**Debtors**"), as debtors and debtors in possession in the above-captioned chapter 11 cases, and plaintiffs (and counter-claim defendants) in the above-captioned adversary proceeding (the "**Adversary Proceeding**"), submit this status report pursuant to the Court's *Order Granting the United States of America's Amended Motion to Intervene and Stay Discovery*, entered May 22, 2026 (ECF No. 127) (the "**Onset Stay Order**").  The Onset Stay Order stayed all discovery in this Adversary Proceeding pending resolution of the parallel criminal case, *United States v. Patrick James and Edward James*, 26 Cr.

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

29 (AT) (S.D.N.Y.) (the "**Criminal Proceeding**"), and directed the parties to file, no later than July 13, 2026, a status report on the status of the Criminal Proceeding and to advise whether any modification of the stay is warranted.

2.      The Criminal Proceeding is scheduled for trial beginning February 9, 2027, having been continued from the original July 13, 2026 trial date at the request of defendant Patrick James. *See* Order as to Patrick James, Edward James.  *See United States v. Patrick James & Edward James*, 26 Cr. 29 (AT) (S.D.N.Y.) (Apr. 23, 2026), ECF No. 49; Order as to Patrick James, Edward James, *United States v. Patrick James & Edward James*, 26 Cr. 29 (AT) (S.D.N.Y.) (May 8, 2026), ECF No. 59.  No party has requested an adjournment of the trial.

3.      The Debtors continue to believe that a stay of all case deadlines in this Adversary Proceeding, including discovery, remains appropriate, and for the reasons set forth in the Debtors' *Motion to Extend the Stay of Adversary Case Deadlines and Discovery* (ECF No. 125), which the Court granted on June 15, 2026.  *See Order Extending Stay of Adversary Case Deadlines and Discovery* (ECF No. 136) ("**Order Extending Stay**").

4.      As raised in the *Debtors' Statement Regarding the Order Extending the Stay of Adversary Case Deadlines and Discovery* (ECF No. 139), filed June 26, 2026 (the "**Statement**"), the Order Extending Stay stayed the Adversary Proceeding "until resolution of the appeal on the order staying discovery in the Patrick James Adversary Proceeding," but that the referenced appeal (the "**Stay Appeal**") had already been resolved by the district court before entry of that order, such that the order as entered may not accurately reflect the Court's intent.  The Statement (ECF No. 139) also attached a proposed order as **Exhibit A** (which would stay the Adversary Proceeding until resolution of the Criminal Proceeding).

2

Respectfully submitted on the 13th day of July, 2026.

Houston, Texas

/s/  Clifford W. Carlson
**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   gabriel.morgan@weil.com
            clifford.carlson@weil.com


-and-

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Robert S. Berezin (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   matt.barr@weil.com
            sunny.singh@weil.com
            robert.berezin@weil.com


*Attorneys for Debtors*
*and Debtors in Possession*

## CERTIFICATE OF SERVICE

I, Clifford W. Carlson, certify that on July 13, 2026, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF system on all parties entitled to notice, and was served by electronic mail on Defendants' counsel.

*/s/ Clifford W. Carlson*
Clifford W. Carlson